UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division
Civil Action No.: 4:20-cv-19-FL

**ROBERTO BAUTISTA,**

    Plaintiff

v.

**TRAWLER MASTER BRAXTON, INC. and
TRAWLER CHASITY BROOKE, INC.,**

    Defendants

## ORDER GRANTING PLAINTIFF'S MOTION FOR MISCELLANEOUS RELIEF

The Motion of Plaintiff, Roberto Bautista, for Miscellaneous Relief requesting and order requiring a case status report within the next 7 days is hereby granted. Plaintiff shall have 7 days from entry of this order to file a case status report.

SO ORDERED. This the 12th day of May, 2020.

_____
United States District Judge